# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DEREK BAYER, | Case No. 2:17-cv-02404-MMD-NJK |
| Plaintiff(s), | ORDER |
| v. | |
| NYE COUNTY SHERIFF'S DEPARTMENT, et al., | |
| Defendant(s). | |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than May 8, 2018, either (1) a joint proposed discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at this time.

IT IS SO ORDERED.

DATED: May 1, 2018

NANCY J. KOPPE
United States Magistrate Judge