**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jonathan B. Lee, Esq.
Nevada Bar No. 13524
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jbl@maclaw.com
    Attorneys for Defendants Nye County, Nye
    County Sheriff's Office, Michael Eisenloffel,
    K.D. Ferrell, and Randall Jones

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEREK BAYER,<br><br>                Plaintiff,<br><br>vs.<br><br>NYE COUNTY SHERIFF'S DEPARTMENT, a political subdivision of Nye County, State of Nevada; NYE COUNTY, a political subdivision of the State of Nevada; Michael Eisenloffel, individually and in his capacity as Detective, Nye County Sheriff's Office; K.D. FERRELL, individually and in his capacity as police office, Nye County Sheriff's Office; RANDALL JONES, individually and in his capacity as Probation Officer, Nye County, Nevada; NYE COUNTY DOES 1-10, DOES and ROES 1 through 100, inclusive; and ROE CORPORATIONS 1 through 100,<br><br>                Defendants. | Case Number:<br>2:17-cv-02404-MMD-NJK<br><br>**<u>STIPULATION AND ORDER TO DISMISS WITH PREJUDICE</u>** |

**IT IS HEREBY STIPULATED** by and between, Plaintiff, Derek Bayer ("Plaintiff"), a *pro se* litigant; and Defendants, Nye County Sheriff's Department, Nye County, Michael Eisenloffel, K.D. Ferrell, and Randall Jones ("Defendants"), by and through their counsel of record, the law firm of Marquis Aurbach Coffing:

    1.    The claims against Defendants are dismissed with prejudice;

MAC:11779-112 3401192_1 5/11/2018 3:44 PM

2. Each party shall bear their own costs and attorney's fees incurred in this action; and

3. All calendared-matters in the above-captioned case are moot and can be taken off calendar.

Dated this 11th day of May, 2018

MARQUIS AURBACH COFFING

By: *[signature: Jonathan Lee]*
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jonathan B. Lee, Esq.
Nevada Bar No. 13524
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorney for Defendants*

Dated this 11th day of May, 2018

DEREK BAYER

By: *[signature]*
Derek Bayer
2051 Thousandaire Blvd.
Pahrump, Nevada 89048
*Pro Se Litigant*

## ORDER

IT IS SO ORDERED this 14th day of May, 2018.

*[signature]*
_____
United States District Judge